IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-cv-02426-AP**

**RONALD A. BERT,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    FREDERICK W. NEWALL
    730 N. Weber, #101
    Colorado Springs, CO 80903
    (719) 633-5211
    newallfrederickw@qwest.net

    For Defendant:
    KURT J. BOHN
    U. S. Attorney's Office-Denver
    1225 Seventeenth St., #700
    Denver, CO  80202
    (303) 454-0100
    kurt.bohn@usdoj.gov

By:    THOMAS H. KRAUS
    Social Security Administration-CO
    Office of General COunsel
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-0017
    tom.kraus@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     Date Complaint was Filed:  November 30, 2005

    B.     Date Complaint was Served on U.S. Attorney's Office:  December 14, 2005

    C.     Date Answer and Administrative Record were Filed:  February 10, 2006

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.  Plaintiff reserves his opinion on or about the time of filing of Opening Brief.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**The parties will not submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

**The parties have no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.     Plaintiff's Opening Brief Due:  April 20, 2006

    B.     Defendant's  Response Brief Due:  May 22, 2006

—

  C. **Plaintiff's Reply Brief (If Any) Due: June 9, 2006**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

  A. **Plaintiff's Statement: Plaintiff does not request oral argument.**

  B. **Defendant's Statement: Defendant does not request oral argument.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

  A. **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  B. **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this 6th day of March, 2006.

              BY THE COURT:

                S/John L. Kane
              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick Newall | WILLIAM J. LEONE |
| FREDERICK W. NEWALL | UNITED STATES ATTORNEY |
| 730 N. Weber, #101 | |
| Colorado Springs, Colorado 80903 | s/Kurt J. Bohn |
| (719) 633-5211 | KURT J. BOHN |
| (719) 635-6503 (Facsimile) | Assistant U.S. Attorney |
| newallfrederickw@qwest.com | 1225 Seventeenth Street, Suite 700 |
| | 17th Street Plaza |
| Attorney for Plaintiff | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |

s/Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney
tom.kraus@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.