IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-2426-AP**

**RONALD A. BERT,**

>Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

>Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #14), filed June 6, 2006.  This Court has reviewed the file and considered the motion.  It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  June 7, 2006

>BY THE COURT:
>
>S/**John L. Kane**
>SENIOR JUDGE,
>UNITED STATES DISTRICT COURT