# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:    **05-cv-02426-JLK**

**RONALD A. BERT,**

                                  Plaintiff,

v.

**JO ANNE B. BARNHART,**
Commissioner of Social Security,

                                  Defendant.

## PROPOSED ORDER FOR ATTORNEY FEES UNDER EAJA

The matter before the Court is Plaintiff's Motion For Attorney Fees Under EAJA filed August 18, 2006. The Court being fully advised in the premises hereby grants said Motion.

IT IS FURTHER

**ORDERED** that the Defendant pay to Plaintiff attorney fees under EAJA in the amount of $1,678.60, to the Plaintiff's attorney in care of the Plaintiff.

DATED at Denver, Colorado, this   21st   day of August, 2006.

                                    BY THE COURT:

                                    **S/John L. Kane**
                                    JOHN L. KANE
                                   Senior United States District Court Judge