UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:     **05-cv-02426-AP**

**RONALD A. BERT,**

                Plaintiff,

vs.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

                Defendant.

---

**ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)**

---

The matter before the Court is Plaintiff's Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b) (doc. #19), filed on December 23, 2008. The motion is GRANTED. It is

**ORDERED** that the Defendant shall pay to Plaintiff's attorney, from Plaintiff's past due benefits, an additional amount of **$5,903.40** under 42 U.S.C. § 406(b) for representation in this Court.

DATED at Denver, Colorado, this 29TH day of December, 2008.

        BY THE COURT:

        *S/John L. Kane*
        THE HONORABLE JOHN L. KANE
        United States District Court Judge